Geoffrey W. Castello
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
Attorneys for Defendant
The Hartz Mountain Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AUNDRIA ARLANDSON, YWANNA LONGMIRE, RICH PARSONS, BARBARA PENNELL, STACIE GIBBS, SHELBY TOUCHSTONE, and KRISTY PRUITTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARTZ MOUNTAIN CORPORATION, SERGEANT'S PET CARE PRODUCTS, INC., and SUMMIT VETPHARM, LLC,<br><br>Defendants. | CIVIL ACTION NO:<br>2:10-cv-01050 (FSH) (PS)<br><br><br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO COMPLAINT** |

This matter having been opened to the Court upon application of defendant The Hartz Mountain Corporation (improperly plead as "Hartz Mountain Corporation"), by and through its attorneys Kelley Drye & Warren LLP (Geoffrey W. Castello), with consent from Carella, Byrne, Cecchi, Olstein, Brody & Agnello (James E. Cecchi, Esq.), attorneys for plaintiffs, for an Order extending the time for defendant The Hartz Mountain Corporation to answer, move, or otherwise reply to plaintiffs' Complaint to May 3, 2010;

WHEREAS the parties represent that:

1.  The current deadline for defendant The Hartz Mountain Corporation to respond to plaintiffs' Complaint has not expired;

  2. No previous or other extension has been sought or received by defendant The Hartz Mountain Corporation; and

  3. Counsel for the parties have conferred and consented to the entry of this Order;

  It is on this _____ day of _____, 2010,

  ORDERED that the time within which defendant The Hartz Mountain Corporation may answer, move, or otherwise reply to Plaintiff's Complaint is extended to and including May 3, 2010.

            _____
            Hon. Patty Shwartz, U.S.M.J.

We hereby consent to the entry of the above Order.

Dated: March 30, 2010

| CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO | KELLEY DRYE & WARREN LLP |
|---|---|
| By: /s/ *James E. Cecchi* <br>  James E. Cecchi, Esq. <br>  5 Becker Farm Road <br>  Roseland, New Jersey 07068 <br>  (201) 391-7000 <br> Attorneys for Plaintiffs | By: /s/ *Geoffrey W. Castello* <br>  Geoffrey W. Castello <br>  200 Kimball Drive <br>  Parsippany, New Jersey 07054 <br>  (973) 503-5900 <br>  gcastello@kelleydrye.com <br> Attorneys for Defendant <br> The Hartz Mountain Corporation |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true copy of the within proposed Consent Order extending time to reply to plaintiffs' Complaint on behalf of defendant The Hartz Mountain Corporation was served on this date via ECF to the following:

James E. Cecchi, Esq.
CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey  07068

Dated:  March 30, 2010                                       /s/ Geoffrey W. Castello
                                                             Geoffrey W. Castello