Case 2:10-cv-01050-WJM-MF   Document 61-1   Filed 07/16/10   Page 2 of 3 PageID: 735

|  |  |
|---|---|
| HARTZ MOUNTAIN CORPORATION, SERGEANT'S PET CARE PRODUCTS, INC., SUMMIT VETPHARM, LLC,<br><br>            Defendants | CIVIL ACTION # 10-1050(WJM) |

IT IS HEREBY STIPULATED by and between the parties as follows:

1. The respective named Plaintiffs in the following civil actions who have asserted claims against Defendants Hartz Mountain Corporation, Sergeant's Pet Care Products, Inc. and/or Summit VetPharm LLC in the following civil actions, *Vexler v. Summit Vetpharm et al.*, Civil Action 10-440(WJM), *Cruz v. Hartz Mountain Corp.*, Civil Action No. 10-441(WJM), *Murphy v. Sergeant's Pet Care Products*, Civil Action No. 10-1265(WJM), *Kyrros v. Hartz Mountain Corp., et al.*, Civil Action No. 10-1715(WJM); *Tuyes v. Hartz Mountain Corp., et al.*, Civil Action No. 10-1743(WJM), and *Powell v. Hartz Mountain Corp., et al.*, Civil Action No. 10-1745(WJM) (together the "Other Actions") shall on or before July 31, 2010, file voluntary dismissals without prejudice of their claims in the Other Actions pursuant to Fed.R.Civ.P. 41(a)(1)(A). Each of these named Plaintiffs has been included as named Plaintiffs in the instant action.

2. In the event that any named Plaintiff from the Other Actions voluntarily dismisses their claims in this action, such voluntary dismissal will be without prejudice. Notwithstanding the foregoing, Defendants reserve the right to contend that any such voluntary dismissal taken by a named plaintiff in this action was taken in bad faith and, as a result, the voluntary dismissal in this action should be with prejudice. In such an event, Defendants shall raise the issue with the Court by motion.

[signatures on following page]

Case 2:10-cv-01050-WJM-MF   Document 61-1   Filed 07/16/10   Page 3 of 3 PageID: 736

| | |
|---|---|
| CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO<br>Attorneys for Plaintiffs | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER<br>Attorneys for Defendant<br>SUMMIT VETPHARM LLC |
| By: /s/ Lindsey H. Taylor<br>    LINDSEY H. TAYLOR | By: /s/ Kelly A. Waters<br>    KELLY A. WATERS |
| KELLEY, DRYE & WARREN<br>Attorneys for Defendant<br>HARTZ MOUNTAIN CORPORATION | |
| By: /s/ James O'Gara<br>    JAMES O'GARA | |
| BLOOM, KARINJA & DILLON<br>Attorneys for Defendant<br>SERGEANT'S PET CARE PRODUCTS, INC. | |
| By: /s/ Paul J. Dillon<br>    PAUL J. DILLON | |

SO ORDERED THIS 29 day of July, 2010

_/s/ Mark Falk_
MARK FALK, U.S.M.J.